| PROB 22 (Rev. 2/88) | DOCKET NUMBER (Tran. Court) |
| --- | --- |
| | 3:09-00126-001 |
| TRANSFER OF JURISDICTION | DOCKET NUMBER (Rec. |
| | 3:13-00111-01 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
| --- | --- | --- |
| William Ferrell<br>8909 Palm Avenue<br>Ocean Springs, Mississippi 39564 | Louisiana Middle | Baton Rouge |
| | NAME OF SENTENCING JUDGE | |
| | Honorable Ralph E. Tyson, U.S. District Court Judge | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 10/14/2011 | TO 10/13/2014 |

OFFENSE

18 U.S.C. § 660, Theft from a Common Carrier

PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE ___Middle___ DISTRICT OF ___Louisiana___

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or or supervised releasee named above be transferred with the records of this Court to the United States District Court for the __Middle District of Tennessee__ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

_____         4-23-2013
United States District Judge                                    Date
JAMES J. BRADY

*This sentence may be deleted in the discretion of the transferring Court.

PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE ___Middle___ DISTRICT OF ___Tennessee___

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

6-17-13                                     _____
Effective Date                                United States District Judge