UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) No. 3:13-00111 |
| | ) CHIEF JUDGE HAYNES |
| WILLIAM T. FERRELL, III | ) |

## AGREED ORDER TO MODIFY CONDITIONS OF SUPERVISED RELEASE

This matter came to be heard before the Court on July 15, 2013, to determine the appropriate modifications of Mr. Ferrell's conditions on Supervised Release. The parties have agreed that:

1. Mr. Ferrell shall pay restitution in the amount of $104,290.46 (minus any payments made prior to this order) at the rate of not less than 10% of his gross monthly income.

2. Mr. Ferrell shall receive a credit of $40,000 toward his restitution balance that his grandmother paid directly to the victim in this case.

By agreement of the defendant William Ferrell, defense counsel, and the government,

**IT IS HEREBY ORDERED** that Mr. Ferrell shall pay the remainder of the restitution at a rate not less than 10% of his gross monthly income and shall be credited in the amount of $40,000 for a payment previously paid to the victim.

ENTERED this ___16___ day of July, 2013.

WILLIAM J. HAYNES, JR.
Chief United States District Judge
Middle District of Tennessee